IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DARRELL NEVADA BYRD, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Civil Action File No. |
| : | **7:02-CV-81 (HL)** |
| AL JONES, Medical Director, et al., : | |
| : | |
| Defendants. : | |
| : | |

_____

## RECOMMENDATION

A review of this file reveals that some six defendants in this action have never been served in this action and are therefore not parties to the present case. The undersigned ordered plaintiff to show cause why this action should not be dismissed against defendants Davis, Jackson, Baker, Roe, Gaines, and Asebiomo under the provisions of Federal Rules of Civil Procedure Rule 4(m) for failure to perfect service.

Plaintiff responded to the show cause order by submitting documents he states prove he has served these defendants. However, the documents consist of discovery requests without showing an address where plaintiff served defendants.

Rule 4(m) of the Federal Rules of Civil Procedure states in pertinent part:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant....

The undersigned finds that plaintiff has not shown good cause for failure to serve summons and the complaint on these defendants; consequently, it is the RECOMMENDATION of the

undersigned that these defendants be DISMISSED without prejudice from this suit.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 6th day of September, 2005.

                                                                     //S Richard L. Hodge  
                                                                     RICHARD L. HODGE  
                                                                     UNITED STATES MAGISTRATE JUDGE

msd