**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **DARRELL NEVADA BYRD,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:02-CV-81 (HL) |
| | : | |
| Warden **STEVE LEWIS, et al,** | : | |
| | : | |
| Defendants | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc.53) filed September 6, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the allotted time.

**SO ORDERED,** this the 26th day of September, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge
United States District Court**